**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| DC COMICS, a New York general partnership,<br><br>              Plaintiff,<br><br>     v.<br><br>ANIME FIGURE MODEL SUPPLIER STORE, LUCKYCOSPLAY STORE, SHOP1103055162 STORE, CORPOWER, GOLD IDEA JEWELRY, GONEAR, HCZXM, KDJ STORE, LEBOO, LINGTEER, REFRESHING ICE, SH SHIFAA HANDICRAFT, SOUSYOKYO, XONZMMK DIRECT, ANNI001, DESIGNERSCLOTHES, DRUELLA, GRAFFITIZ, HOMEMARKET7, HYY88, JAMES2242, JERSEYSPORTS4, LIANCHENG05, MENWOMENCLOTHES, OLYLIN1, PYRAMIDFLAGSHIPSTO, STS_012, YOUARENICE, 1OPI679, 6383702, AISHANFOREVER, AIXSHJS999, ANIME66, ASEA7008, AUTOPA_7457, BAOZHHK, BEST-CO71, BESTSELLERMAIN, BOBEE10, CAIYUNPIAO_39638, CHENYUANJ_21, CHINASEADRAGON, CHOUPINGLU_8, CINGOXI86,  COSLAND2014, COSPLAY_ING, COSPLAY668, COSWORLD2014, CRYSTA3655, DAIXIAN12, DAN20222, DECORATIVE-POSTER, DONGDONGXIANG, DRESS_UP_YOURSELF, EMAMAC-1, ETERNITY9570, FASHIONSTORE-3, FATEREALM, FENGQINLINGA-0, FLYKNI-51, GFTYUG12, GIFTS1985, GRACEDRESS, GYMCLUB, HANHAN_6637,  HHYYD_78, HJONES_GLOBALSTORE, INLEADERFASHION, JJING-85, JMET-8, KING_ANIME, KUAIPAOGYM8, KUISHENG4, LEQUQ-8500, MAKEORDER, MOONLOVE-13, | Case No. 26-cv-00190<br><br>**Judge Gretchen S Lund<br>Magistrate Judge Abizer Zanzi** |

1

ONECOSPLAY2022, PENGYU121, QIANMI, QIANSE_42, QINGTIAN, QQQI44, ROADFISHER, SISI-DASY, SQUAREGYM, SRXD18, SUNSHINE-565, SUPERHERO_79, SUSHAN-3793, SWEET-SUGAR-999, TEATLME-15, TIAN_COS, TWPOPCORN2, WEIFANYUXI3, XIANYU111, XIAOCHUJUHUAKAING, XINXIN2021, XRCJSXSH520, XSHJSXRC1314, YANGGUANG51999, YHZB520, YUSHTE_0, ZHENGQI7842, ZHUKUAI69, ZISILI1, ANDERSONJACOBPAUL, ANIME FIBER, APPARELSUIT, BUILDER CAR, COODEALS, CORYFLETCHERFEAM, CRUSHHOMES, DIMPLESTARTSHIRT, DOLERSTORE, DREAMROOMA, FAMILYSTORE, FENDORY, FLOWERTEEFASION, GERALDMARTINGLEN, GYMFIT, HELENBUCHANANWIDNER, HOCHSTELERJERRY, HOOKTAB, HOWARDBURKJACOB, JUSTVERO, KAATDANIEL, LUCKYONESIE, MANATEES, ME SUPERHERO, NEARKII, NOCLAWS, ONESIEBUY, PERSPIRATURE, ROCKARD HOME, SIMCOSPLAY, STREET DRAFTS, SUNCIRT, TAKERLAMA, TALINAMCDANIEL, TEES LOCAL STORE, TIPTOPTRAVELSSHOP, TRENDYTHREATS, UNIBUY, AD VGBH, AITYETH 354, BEAURIVAGE, BNFHY, BTE5OKH, DF BVHBJH, DQEFRE, DSRTHDFGHDS, GUANGZHUOYUNYEDIANSHANGYUOXIANGONGSI, HI DERJ, HKHJ, HUILINGZHENGIMR, JXSTAR, LIJIANLANG11, LLFDECUS, LOVE IS LIVE, OH LOVE INK STUDIO, QIUQIU US, VSDFGBDF, XIANCHAOHUADIANPU, ZHANZHANFUZHUANG, ALIAI BONNET, GOTHAM TIN WORKS, LEAGUE TRIBE, QIXINGHUI, TREASURE B, WANHUIYUAN, WT BLANKET, LUDE

2

COLTHES, CAOFEIKEJI, DLLSTYLE, ISILAND NUT, LLC, JEUGHUA, KENVFEGO, MMDZSW, MONVFIGA, SHICHENG, SUPEACH, SURF PARTY, TIANYU, WANGJINGDE, WCLOUDS, WOGUAN, YDZHAO, YEXIUHANG, YONGTANDIAO, YUNYOU, YUQIPARTY, YUYIXINTIAN, and JINGWINN31,

Defendants.

### AGREED MOTION FOR ENTRY OF A
### CONSENT JUDGMENT AS TO CERTAIN DEFENDANTS

Plaintiff DC Comics ("Plaintiff" or "DC") filed a Complaint against Defendants Monvfiga (Defendant No. 181), Surf Party (Defendant No. 184), and yuyixintian (Defendant No. 195) (collectively, the "Defendants") on April 30, 2026. DC and the Defendants have resolved all claims arising from the allegations in the Complaint and have agreed to entry of the proposed Consent Judgment. As such, DC moves this Honorable Court for the entry of a Consent Judgment. A copy of the proposed Consent Judgment will be submitted to lund_chambers@innd.uscourts.gov.

3

Dated this 14th day of July 2026.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiff DC Comics*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of July 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of Electronic Filing" to the parties of record in this case.

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiff DC Comics*