## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

DC COMICS, a New York general
partnership,

                Plaintiff,

     v.

ANIME FIGURE MODEL SUPPLIER
STORE, LUCKYCOSPLAY STORE,
SHOP1103055162 STORE, CORPOWER,
GOLD IDEA JEWELRY, GONEAR,
HCZXM, KDJ STORE, LEBOO, LINGTEER,
REFRESHING ICE, SH SHIFAA
HANDICRAFT, SOUSYOKYO,
XONZMMK DIRECT, ANNI001,
DESIGNERSCLOTHES, DRUELLA,
GRAFFITIZ, HOMEMARKET7, HYY88,
JAMES2242, JERSEYSPORTS4,
LIANCHENG05, MENWOMENCLOTHES,
OLYLIN1, PYRAMIDFLAGSHIPSTO,
STS_012, YOUARENICE, 1OPI679,
6383702, AISHANFOREVER, AIXSHJS999,
ANIME66, ASEA7008, AUTOPA_7457,
BAOZHHK, BEST-CO71,
BESTSELLERMAIN, BOBEE10,
CAIYUNPIAO_39638, CHENYUANJ_21,
CHINASEADRAGON, CHOUPINGLU_8,
CINGOXI86,  COSLAND2014,
COSPLAY_ING, COSPLAY668,
COSWORLD2014, CRYSTA3655,
DAIXIAN12, DAN20222, DECORATIVE-
POSTER, DONGDONGXIANG,
DRESS_UP_YOURSELF, EMAMAC-1,
ETERNITY9570, FASHIONSTORE-3,
FATEREALM, FENGQINLINGA-0,
FLYKNI-51, GFTYUG12, GIFTS1985,
GRACEDRESS, GYMCLUB,
HANHAN_6637,  HHYYD_78,
HJONES_GLOBALSTORE,
INLEADERFASHION, JJING-85, JMET-8,
KING_ANIME, KUAIPAOGYM8,

Case No. 26-cv-00190

**Judge Gretchen S Lund**

**Magistrate Judge Abizer Zanzi**

1

KUISHENG4, LEQUQ-8500, MAKEORDER, MOONLOVE-13, ONECOSPLAY2022, PENGYU121, QIANMI, QIANSE_42, QINGTIAN, QQQI44, ROADFISHER, SISI-DASY, SQUAREGYM, SRXD18, SUNSHINE-565, SUPERHERO_79, SUSHAN-3793, SWEET-SUGAR-999, TEATLME-15, TIAN_COS, TWPOPCORN2, WEIFANYUXI3, XIANYU111, XIAOCHUJUHUAKAING, XINXIN2021, XRCJSXSH520, XSHJSXRC1314, YANGGUANG51999, YHZB520, YUSHTE_0, ZHENGQI7842, ZHUKUAI69, ZISILI1, ANDERSONJACOBPAUL, ANIME FIBER, APPARELSUIT, BUILDER CAR, COODEALS, CORYFLETCHERFEAM, CRUSHHOMES, DIMPLESTARTSHIRT, DOLERSTORE, DREAMROOMA, FAMILYSTORE, FENDORY, FLOWERTEEFASION, GERALDMARTINGLEN, GYMFIT, HELENBUCHANANWIDNER, HOCHSTELERJERRY, HOOKTAB, HOWARDBURKJACOB, JUSTVERO, KAATDANIEL, LUCKYONESIE, MANATEES, ME SUPERHERO, NEARKII, NOCLAWS, ONESIEBUY, PERSPIRATURE, ROCKARD HOME, SIMCOSPLAY, STREET DRAFTS, SUNCIRT, TAKERLAMA, TALINAMCDANIEL, TEES LOCAL STORE, TIPTOPTRAVELSSHOP, TRENDYTHREATS, UNIBUY, AD VGBH, AITYETH 354, BEAURIVAGE, BNFHY, BTE5OKH, DF BVHBJH, DQEFRE, DSRTHDFGHDS, GUANGZHUOYUNYEDIANSHANGYUOXIANGONGSI, HI DERJ, HKHJ, HUILINGZHENGIMR, JXSTAR, LIJIANLANG11, LLFDECUS, LOVE IS LIVE, OH LOVE INK STUDIO, QIUQIU US, VSDFGBDF, XIANCHAOHUADIANPU, ZHANZHANFUZHUANG, ALIAI BONNET, GOTHAM TIN WORKS, LEAGUE TRIBE,

2

QIXINGHUI, TREASURE B,
WANHUIYUAN, WT BLANKET, LUDE
COLTHES, CAOFEIKEJI, DLLSTYLE,
ISILAND NUT, LLC, JEUGHUA,
KENVFEGO, MMDZSW, MONVFIGA,
SHICHENG, SUPEACH, SURF PARTY,
TIANYU, WANGJINGDE, WCLOUDS,
WOGUAN, YDZHAO, YEXIUHANG,
YONGTANDIAO, YUNYOU, YUQIPARTY,
YUYIXINTIAN, and JINGWINN31,

Defendants.

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff DC Comics

hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
| --- | --- |
| KDJ STORE | 8 |
| SH SHIFAA HANDICRAFT | 12 |
| aishanforever | 31 |
| Aixshjs999 | 32 |
| dan20222 | 52 |
| hjones_globalstore | 69 |
| xinxin2021 | 99 |
| xrcjsxsh520 | 100 |
| xshjsxrc1314 | 101 |
| Perspirature | 135 |

3

Dated this 17th day of July 2026.        Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alex@tme-law.com
victor@tme-law.com

*Counsel for Plaintiff DC Comics*